# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 30, 2018

155679 (26)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

LOTUS SMITH,
      Plaintiff-Appellee,

v

HENRY FORD HEALTH SYSTEM,
NASSAR BEYDOUN, M.D., and
GINA FUNDARO, M.D.,
      Defendants,

and

KARMANOS CANCER CENTER and
ZEYNEP YILMAZ-SAAB, M.D.,
      Defendants-Appellants.

SC: 155679
COA: 335910
Wayne CC: 15-013846-NH

_____/

      On order of the Court, the motion for reconsideration of this Court's July 13, 2018 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

      WILDER, J., did not participate because he was on the Court of Appeals panel.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 30, 2018



Clerk

t1022